Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

CELIA KUNET and HERMAN H. ZUCKERMAN, as Administrators, etc., of HARRY KUNET, Deceased, Appellants, v. SECURITY MUTUAL LIFE INSURANCE COMPANY, Respondent.— Order entered November 6, 1930, modified by allowing preference over other issues noticed for the same term, and as so modified affirmed, with ten dollars costs and disbursements to the appellants; and the appeal from the order entered November 28, 1930, dismissed. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

ESTELLE GOLDBERG v. MAX ORNSTEIN.— Motion to dismiss appeal denied. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Supplementary Proceedings: PONTOOSUC WOOLEN MANUFACTURING COMPANY v. ABRAHAM SCHEINBERG.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

PONTOOSUC WOOLEN MANUFACTURING COMPANY v. ABRAHAM SCHEINBERG. (LOUIS FINVER, Surety, Appellant.) — Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

ALEXANDER C. MACGREGOR v. 105 & 117 EAST 102ND STREET COOPERATIVE, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

MANHATTAN FINANCIAL CORPORATION v. HARRY GOODSTEIN, as Receiver, etc., and Others, Impleaded with IRVING TRUST COMPANY, as Ancillary Receiver in Equity of the ACME GLASS COMPANY, etc.— Motion to dismiss appeal denied. Present — Finch, McAvoy, Martin and O'Malley, JJ.

MARTHA MEDARIS v. J. CANBY MORGAN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appeal to be argued or submitted on or before the 6th day of March, 1931. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of ABRAHAM MITCHELL against INDEPENDENT BUKARESTER SICK AID ASSOCIATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before March 16, 1931. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of ABRAHAM MITCHELL against INDEPENDENT BUKARESTER SICK AID ASSOCIATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before March 16, 1931. Present — Finch, McAvoy, Martin and O'Malley, JJ.

THE CLINICAL LABORATORIES COMPANY v. WALTER JANVIER, INC.— Motion to dismiss appeal denied. Present — Finch, McAvoy, Martin and O'Malley, JJ.

ORANGE NATIONAL BANK and SAMUEL KLAUSNER v. 2235 WEBSTER AVENUE CORPORATION and Others, Impleaded with 6802 RIDGE BOULEVARD CORPORATION.— Motion to dismiss appeal denied. Present — Finch, McAvoy, Martin and O'Malley, JJ.

NATIONAL SURETY COMPANY v. AMERICAN EXCHANGE-PACIFIC NATIONAL BANK and Others.— Motion granted, with ten dollars costs, unless appellant Bank of Sheepshead Bay procure the proposed record on appeal to be served on the respondent on or before the 24th day of February, 1931. Present — Finch, McAvoy, Martin and O'Malley, JJ.